AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>Erik Konrad Ehrlin<br><br>*Defendant(s)* | Case No.<br>21-mj-523 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 30, 2021__ in the county of __Washington__ in the _____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Unlawful Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Douglas S. Hart, Supervisory Senior Resident Agent

Sworn to before me telephonically and signed electronically via teleconference with the identity of the Complainant vouched for by Assistant United States Attorney __Francis Jospeh Zebari__ in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 05/05/2021

_____
Judge's signature

City and state: Boise, Idaho

Honorable Ronald E. Bush, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

Douglas S. Hart, after being duly sworn, deposes and states as follows:

1. I am a Special Agent (SA) in the Federal Bureau of Investigation (FBI), and have been employed as such since September 1995. I have participated in numerous investigations involving firearms offenses, assaults on federal and state/tribal/local law enforcement and the like, conducted by the FBI, and other law enforcement agencies. All of these investigations have resulted in the arrest of hundreds of subjects, indictments of these subjects by a federal grand jury on applicable charges, the seizure of evidence of these crimes as well as the seizure of property and assets. Based on this experience, I have become knowledgeable in regard to the methods and modes utilized by persons who are engaging in a wide variety of criminal activities that constitute violations of federal laws.

2. The investigation outlined below in the Factual Background Section has been conducted by myself, by Agents and Professional Support Staff of the FBI Boise Office, U.S. Forrest Service (USFS), and the Washington County Sheriff's Office (WCSO). I have spoken extensively with personnel from WCSO, USFS, and the FBI who have also participated in the investigation, and I am familiar with the facets of this investigation. The statements contained in this affidavit are based on my personal participation in the investigation, and on information provided by law enforcement personnel from the FBI, USFS, and WCSO to me.

### APPLICABLE LAW

3. Title 18, United States Code Section 922(g)(1) provides that it is unlawful to knowingly possess a firearm if convicted, in any court, of a crime punishable by imprisonment for a term exceeding one year.

### FACTUAL BACKGROUND

4. On April 30, 2021, at approximately 6:10 p.m., I was contacted via telephone by USFS Assistant Special Agent in Charge (ASAC) Larry Hall, who informed me that one of his Agents, Amy Harvey, had been the victim of an alleged Assault on a Federal Officer (AFO) at a remote campsite in the mountains north of Weiser, Idaho. ASAC Hall requested that the FBI take the lead in the investigation. Subsequent to receiving the request for the FBI to investigate this matter, I have learned the following.

5. In March 2021 USFS personnel began noticing vandalism in the form of graffiti and threats of violence on National Forest facilities and natural features in the vicinity of Upper

1

Mann Creek Recreation Area (Mann Creek). SA Harvey initiated an investigation and visited the area multiple times during April 2021. The graffiti contained threatening messages directed at federal employees (i.e. "Warning – Federal Employee's shot on site. Death will result upon 1st fine issued") with insignia indicating the surfaces were tagged by the Sovereign Alliance of Idaho (SAI). Writings found on National Forest signs contained messages indicating threats of lethal violence against federal employees, restriction of federal public lands to residents of Idaho only and inscriptions showing support for the local Sheriff's Office. "SAI" appeared repeatedly on the various infrastructure signboards, natural features and laminated informational signs.

6. During the investigation, SA Harvey located an unoccupied camp trailer in the Mann Creek area bearing Idaho license plate 1P8786R. A records check of the license plate through dispatch revealed it was registered to Erik Konrad EHRLIN, at 20574 Brown Street, Greenleaf, Idaho 83626. Idaho Fish and Game reported two separate contacts with EHRLIN in the general area, noting he was associated with a gray Nissan pickup, bearing Idaho license plate 1PA1284. Records checks on that license plate revealed it was registered to EHRLIN, as well as his mother, Pamela K. Ehrlin. EHRLIN'S pickup truck was documented at a residence in Greenleaf in late April 2021.

7. Contacts with other National Forest users in the area revealed additional likely sightings of EHRLIN and his travel trailer in the immediate vicinity. The preliminary investigation revealed the trailer had been present in multiple locations within the Upper Mann Creek Recreation Area, generally moving progressively further uphill behind the melting snowpack during the month of April 2021. The trailer was present at multiple locations where graffiti threats were later discovered.

8. Based on the facts and circumstances established in the investigation during April 2021, a connection was developed between EHRLIN'S frequent use of the area and the rapidly escalating occurrences of graffiti-threats immediately surrounding his camps. Recovery of spent handgun and rifle casings in dispersed campsites believed previously occupied by EHRLIN gave further rise to concern because EHRLIN is a convicted felon who may not lawfully possess firearms. This was compounded by the serious nature of the threats and prompted USFS to restrict non-law enforcement personnel from entering the area because of safety concerns.

9. On the afternoon of April 30, 2021, SA Harvey and WCSO Deputy Jerry Jakich traveled on Forrest Service Road 19 to a gravel pit located on the ridge between Porcupine and 4th of July Creek, in the greater Upper Mann Creek Recreation Area, in an effort to locate and interview EHRLIN. SA Harvey and Deputy Jakich located a campsite where EHRLIN's camp trailer and pickup truck were parked. As they drove into the camp area, SA Harvey activated her body-worn camera, which provided an audio and video recording of the contact with EHRLIN who was present at the campsite with his mother, Pamela Ehrlin, and his toddler son, Alexander. I have reviewed the entirety of the body worn camera footage, which is continuous

for 1 hour 23 minutes 33 seconds. The following can be seen and heard on the footage at the times referenced below:

    A. 1:23 – contact made with Pamela Ehrlin.

    B. 1:57 – contact made with Erik Konrad EHRLIN who is seen holding his son. SA Harvey and Deputy Jakich explained that they were present investigating instances of graffiti in the area. Both Pamela Ehrlin and EHRLIN acknowledged having seen the graffiti. Deputy Jakich observed an assault rifle leaning on the camp trailer next to the steps leading into the camp trailer. Deputy Jakich picked up the rifle and stated that he was going to "clear" the rifle (meaning he was going to ensure it was not loaded). EHRLIN responded that it was not loaded (there was a loaded magazine in the rifle, but there was no round in the chamber). The rifle was found to be an assault style rifle 7.62 x 39 caliber, model NDS-1, SN – F000363 and DY0129.

    C. 4:06 – SA Harvey asked to speak separately with EHRLIN because of firearms in the camp. SA Harvey asked EHRLIN if his name is "Eric" to which EHRLIN responded "No." SA Harvey requested to see EHRLIN's identification and EHRLIN responded that it was in his truck.

    D. 5:08 – EHRLIN is observed entering his Nissan Titan pickup truck, where he said his identification was located, but he then immediately started the truck. SA Harvey attempted to open the door, but EHRLIN had locked the door. EHRLIN was ordered multiple times to stop. EHRLIN put the truck in reverse and proceeded to turn and reverse rapidly. When this happened, the front quarter panel and mirror on the driver's side of the truck struck SA Harvey in the chest area knocking her body-worn camera to the ground.

    E. 5:18 – SA Harvey fired three rounds from her service weapon at the passenger side front tire of the truck, striking the tire. EHRLIN then stopped the truck and followed commands to exit the vehicle. EHRLIN was taken into custody without further incident.

    F. 6:08 – SA Harvey retrieved her body-worn camera from the ground. The camera continued to run throughout the incident. EHRLIN was placed in handcuffs by Deputy Jakich, who proceeded to walk EHRLIN to his patrol vehicle. As he was walking EHRLIN to the vehicle, Deputy Jakich gave a verbal advisement to EHRLIN of the *Miranda* warnings.

    G. 24:28 – SA Harvey was back at Deputy Jakich's patrol vehicle where EHRLIN was detained. EHRLIN, absent any questioning or solicitation by SA Harvey, stated to SA Harvey, "I wanted to tell you I apologize for hittin you with the edge of that. I just wanted to get the hell out of there." EHRLIN continued, "I know what I'm not allowed to have…I got/had a rifle and started bringing it up with me as protection cause I bring my son out here and I go hiking." EHRLIN stated, "I didn't mean to hurt you, if I did I'm sorry."

3

H. 46:00 – EHRLIN, again absent any questioning, admitted to having the rifle in his hands. He then made a statement regarding what he believes his rights should be in reference to owing firearms.

I. 56:17 – Deputy Jakich explained to EHRLIN that his truck will be impounded, and that an inventory of the items in the truck will be conducted. EHRLIN was asked about other items in the truck, specifically firearms. EHRLIN replied that there is a small amount of personal use marijuana, ammunition for the rifle, and then said that "my wife's handgun is in the truck." SA Harvey and Deputy Jakich removed the items of ammunition and located a Smith & Wesson M&P 9mm semi-automatic pistol, bearing serial number - HBF3122, hidden under the driver side floor mat..

10. An interview of Pamela Ehrlin was conducted at the scene by FBI Agents. Pamela was advised of the identity of the interviewing agents and the purpose of the interview, and she provided the following information. Before the incident, Pamela, EHRLIN, and Alexander took a hike. Before leaving for the hike, Pamela saw EHRLIN holding a "black gun." She asked EHRLIN where the gun came from and EHRLIN said "I just borrowed it because it is bear season." Pamela stated that EHRLIN is "not supposed to have a gun."

11. In response to the information noted above, records checks were conducted with the following results.

A. A Wants/Warrants and concealed weapons check was conducted on EHRLIN through the National Criminal Information Center (NCIC). Wants/Warrants and concealed weapons were negative. A search of EHRLIN's criminal history through the Idaho Public Safety and Security Information System (ILETS) shows two felony convictions:

i. EHRLIN was arrested on September 14, 2010, by the Malheur (Oregon) County Sheriff's Office (MCSO) for Sexual Abuse in the 1st Degree. EHRLIN was convicted of this felony offense, and sentenced to serve 75 months in prison, and is required to register as a sex offender

ii. EHRLIN was arrested on April 15, 2010, by the Teton (Wyoming) County Sheriff's Office (TCSO) for Theft/Larceny. EHRLIN was convicted of this felony offense and sentenced to 4.5 to 10 years in prison, with an order for $17,045.44 in restitution.

12. On May 5, 2021, FBI SA Jonathan Riggs, who is certified to conduct Interstate Nexus examinations on firearms, personally examined the two aforementioned firearms possessed by EHRLIN with the below noted results.

i. Based upon physical inspection and investigation, which included the contacting of the relevant manufacturers or importers and/or referencing of written material commonly relied upon to determine the manufacturer, point of origin and value of firearms, and/or SA Riggs training and experience, SA Riggs determined the Smith and Wesson M and P 9, 9mm handgun, bearing serial number HBF3122, was manufactured in Springfield, Massachusetts,

and traveled in and/or affected interstate commerce to arrive in Idaho. The Nodak Spud, LLC., AK 47, Model NDS-1, bearing serial number F000363, was imported into the U.S. from a foreign country by Nodak Spud, LLC., located in Edina, Minnesota, and likewise traveled in and/or affected interstate commerce to arrive in Idaho. Both are firearms as defined by Title 18 United States Code, Section 921(a)(3), as said objects are weapons which were designed to expel a projectile by the action of an explosive and each traveled and/or affected interstate commerce as defined by Title 18 United States Code, Section 921(a)(2).

13. Based on my training, experience, and the investigation to date, there is probable cause to believe that EHRLIN committed the crimes of possessing firearms as a prohibited person convicted of a felony crime, 18 U.S.C. § 922(g)(1).

FURTHER AFFIANT SAYETH NAUGHT.

Special Agent DOUGLAS S. HART

Federal Bureau of Investigation

Subscribed and sworn to before me this 5 day of May 2021.

HONORABLE RONALD E. BUSH

Chief U.S. Magistrate Judge, District of Idaho

5