# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| ERIK KONRAD EHRLIN | 1:21-cr-00145-BLW |

**To:** The United States Marshal
and any Authorized United States Officer

**RECEIVED**
By United States Marshals Service at 8:46 am, May 13, 2021

YOU ARE HEREBY COMMANDED to arrest **ERIK KONRAD EHRLIN** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 922(g)(1) UNLAWFUL POSSESSION OF A FIREARM



United States Courts
District of Idaho
**ISSUED**
*Jocelyn Dunnegan*
on May 12, 2021 3:35 pm

May 12, 2021
Date

---

**RETURN**

---

This warrant was received ___05.13.21___ and executed with the arrest of the above-name individual at _____.

Subject was taken into custody at Washington County Jail via FBI detainer
_____

_____          ___05.20.21_____
Signature of Arresting Officer                Date of Arrest

_____
Name & Title of Arresting Officer