Charles Peterson
FEDERAL PUBLIC DEFENDER
Miles Pope
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
ERIK KONRAD EHRLIN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERIK KONRAD EHRLIN, )<br>)<br>Defendant. )<br>) | CR21-145-BLW<br><br>NOTICE OF APPEARANCE AND ASSIGNMENT OF COUNSEL |

TO:  CLERK OF THE COURT, UNITED STATES DISTRICT COURT
     RAFAEL M. GONZALEZ, JR, ACTING UNITED STATES ATTORNEY
     FRANCIS ZEBARI, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that Miles Pope of the Federal Defender Services of Idaho, is hereby assigned this matter and therefore makes an appearance in the above action on behalf of the defendant, ERIK KONRAD

-2-

EHRLIN, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney.

Dated: May 26, 2021

CHARLES PETERSON
FEDERAL PUBLIC DEFENDER
By:

/s/ Miles Pope
Miles Pope
Federal Defender Services of Idaho
Attorneys for Defendant
ERIK KONRAD EHRLIN

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 26th day of May, 2021.

Francis Zebari, Assistant United States Attorney
Office of the United States Attorney        ____United States Mail
1290 West Myrtle Street, Suite 500          ____Hand Delivery
Boise, ID 83702                             ____Facsimile Transmission
(208) 334-1211                              _X_ CM/ECF Filing
(208) 334-1413 – Facsimile                  ____Email Transmission
Frank.Zebari@usdoj.gov

Dated: May 26, 2021            /s/ Joy Fish
                               Joy Fish