Charles Peterson
FEDERAL PUBLIC DEFENDER
Miles Pope
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
ERIK KONRAD EHRLIN


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR21-145-BLW |
| ) | |
| Plaintiff, ) | Unopposed motion to continue Mr. |
| ) | Ehrlin's trial |
| vs. ) | |
| ) | |
| ERIK KONRAD EHRLIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |


Erik Ehrlin respectfully asks the Court to continue his trial and pretrial

conference by 90 days.

On May 5, 2021, Mr. Ehrlin was charged by criminal complaint with one

count of felon-in-possession of a firearm (ECF No. 1). On May 12, 2021, the

grand jury returned an indictment accusing him of this same crime (ECF No.

3). Mr. Ehrlin was arraigned on May 24, 2021, and was eventually ordered detained on May 26, 2021 (ECF Nos. 9 & 18). On June 15, 2021, a superseding indictment was filed, adding charges of assault on a federal officer in violation of 18 U.S.C. § 111(a) and (b) and depredation of government property in violation of 18 U.S.C. § 1361 (ECF No. 19). Mr. Ehrlin was arraigned on the superseding indictment on June 24, 2021.

Meanwhile, counsel has received two batches of discovery: one disclosed on June 8, 2021, the other disclosed on June 22, 2021. The discovery disclosed so far in this case consists of 1,379 pdf pages and several hours of A/V evidence.

Against this backdrop, counsel requests a 90-day continuance. Counsel needs 90 days to digest this discovery, conduct independent investigation, and evaluate pretrial motions and potential defenses.

Because of this need, a valid basis for trial continuance exists. *See* 18 U.S.C. § 3161(h)(7). Importantly, denying a continuance would not only result in a miscarriage of justice, but also deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

For these reasons, Mr. Ehrlin respectfully asks the Court to continue his pretrial conference and trial by 90 days. This request is unopposed.

Dated: July 1, 2021                        CHARLES PETERSON
                                           FEDERAL PUBLIC DEFENDER
                                           By:


                                           /s/ Miles Pope
                                           Miles Pope
                                           Federal Defender Services of Idaho
                                           Attorneys for Defendant
                                           ERIK KONRAD EHRLIN

                        CERTIFICATE OF SERVICE

        I CERTIFY that I am an employee of the Federal Defender Services of

Idaho, and that a copy of the foregoing document was served on all parties

named below on this 1st day of July, 2021.


Francis Zebari, Assistant United States Attorney
Office of the United States Attorney          ____United States Mail
1290 West Myrtle Street, Suite 500            ____Hand Delivery
Boise, ID 83702                               ____Facsimile Transmission
(208) 334-1211                                _X_ CM/ECF Filing
(208) 334-1413 – Facsimile                    ____Email Transmission
Frank.Zebari@usdoj.gov


Dated: July 1, 2021               /s/ Joy Fish
                                  Joy Fish


Unopposed motion to continue Mr. Ehrlin's          -3-
trial