IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21-145 |
| Plaintiff, | ) | |
| vs. | ) | WAIVER OF AN INDICTMENT |
| Erik Ehrlin | ) | |
| Defendant. | ) | |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Dated this 8 day of February, 2022.

_____
Defendant's signature

/s/ Miles Pope_____
Signature of defendant's attorney

Miles Pope_____
Printed name of defendant's attorney

_____
Judge's signature

Waiver of Indictment                    -1-