# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK KONRAD EHRLIN,<br><br>Defendant. | Case No. 1:21-cr-00145-BLW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |

Pending before the court is Defendant's Unopposed Motion to Continue Sentencing (Dkt. 42). The sentencing is currently scheduled for May 31, 2022 before Judge Wilson. The Government has no objection to a continuance. Good cause appears to grant the motion. Therefore, it is HEREBY ORDERED that the hearing scheduled for May 31, 2022 is VACATED and reset to **August 1, 2022 at 2:00 p.m.** before United States District Judge Scott Skavdahl, in Courtroom 2.

IT IS FURTHER ORDERED that this matter is referred to U.S. District Court Scott Skavdahl for the purpose of conducting the sentencing hearing.

DATED: May 11, 2022

_____
B. Lynn Winmill
United States District Judge

ORDER GRANTING CONTINUANCE OF SENTENCING HEARING